In the Matter of the Taxation under the Transfer Tax Law of the Estate of Abraham Abraham.— Motion granted, without costs, and case set down

App. Div.]			First Department, May, 1912.

for Monday, April 29, 1912. Present — Jenks, P. J., Thomas, Carr, Woodward and Rich, JJ.